**Olney A. SLATER v. STATE of Texas.**
**(No. 2242.)**

Court of Civil Appeals of Texas. El Paso.
Feb. 28, 1929.

Rehearing Denied March 16, 1929.

Karl A. Crowley, of Fort Worth, and Hart Johnson, of Ft. Stockton, for appellant.

W. C. Jackson, of Ft. Stockton, for the State.

WALTHALL, J. This case presents an appeal from a judgment rendered in the district court of Pecos county, in a delinquent tax suit, and the questions in controversy are in all respects identical with the cause No. 2243, styled Olney A. Slater v. State of Texas, 14 S.W.(2d) 874, this day decided by this court, except as to the description of the property and the amount of the taxes and costs. The same disposition is made of this case as in that.